UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Federal National Mortgage Association,

       Plaintiff,

v.

Teresa Bullock, John Doe, Mary Roe, and
ABC Corporation,

       Defendants.

Civil No. 13-1202 (JNE/JJK)
ORDER

This is an eviction action brought by Federal National Mortgage Association in state court and removed by Teresa Bullock.  On December 12, 2013, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that the action be remanded to state court.  Bullock objected.[1]  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation [Docket No. 30].[2]  Therefore, IT IS ORDERED THAT:

1.     This action is REMANDED to the Fourth Judicial District of the State of Minnesota.

---

[1]     On December 26, 2013, one of Bullock's attorneys, William B. Butler, was suspended from the practice of law before the United States Court of Appeals for the Eighth Circuit.  *In re Butler*, No. 13-9013 (8th Cir. Dec. 26, 2013).  Consequently, he was automatically suspended from the practice of law before this Court.  *See* D. Minn. LR 83.6(b)(1).  Bullock objected before Butler's suspension.

[2]     The Court has remanded several similar actions to state court.  *See, e.g.*, *Fed. Nat'l Mortg. Ass'n v. Guse*, Civil No. 13-801 (PJS/JSM), 2014 WL 127033 (D. Minn. Jan. 14, 2014); *Fed. Home Loan Mortg. Corp. v. Stone*, Civil No. 13-970 (JNE/AJB) (D. Minn. Aug. 12, 2013); *Fed. Nat'l Mortg. Ass'n v. Torborg*, Civil No. 13-1522 (DWF/AJB), 2013 WL 5567450 (D. Minn. Oct. 9, 2013), *appeal docketed*, No. 13-3334 (8th Cir. Oct. 25, 2013).

2.     The Clerk of Court shall mail a certified copy of this Order to the clerk of the Fourth Judicial District of the State of Minnesota.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 21, 2014                                    s/Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge